### 21972. HOWARD v. THE STATE.

BROYLES, C. J. There was some evidence authorizing the verdict, and the finding of the jury having been approved by the trial judge, and the motion for a new trial containing the usual general grounds only, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*R. B. Williamson,* for plaintiff in error.
*W. C. Forehand, solicitor,* contra.